IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     2019 BMW M5 SEDAN, VIN WBSJF0C54KB285750;
2.     APPROXIMATELY $190,094.00 IN UNITED STATES CURRENCY;
3.     APPROXIMATELY $2,354.00 IN UNITED STATES CURRENCY;
4.     APPROXIMATELY $1,798.00 IN UNITED STATES CURRENCY;
5.     ROLEX DATEJUST 116300 WATCH, S/N: 271852N0; AND
6.     2022 FORD F350 SUPER DUTY CREW CAB PLATINUM, VIN 1FT8W3BT7NED66557;

    Defendants.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Kurt J. Bohn, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Claims G(2),[1] states:

JURISDICTION AND VENUE

1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of the above-listed defendant assets based upon violations of 21 U.S.C. § 801, *et seq.* This Court has jurisdiction

---

[1] The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions are included in the *Federal Civil Judicial Procedures and Rules* immediately following the numbered Federal Rules of Civil Procedure. In the 2024 Edition, Rule G begins on page 286.

1

under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395 because the defendant property was seized in and the acts described herein occurred in the District of Colorado.

DEFENDANT PROPERTY

3.     Defendant 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750, black, license plate number LWLD72, which was seized on April 17, 2024, from the parking lot of BMW of Denver Downtown, 1040 South Colorado Boulevard, Denver, Colorado. Upon information and belief, Defendant 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750 is registered in the name of Jerome Joseph Samarjian, 1500 Bay Rd, Apt. 1118, Miami Beach, Florida 33139-0000 and is encumbered with Wells Fargo Auto. The Defendant 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750 is currently in the custody of the United States Marshals Service, RBEX Inc ada Apple Towing, 2380 South Jason St., Denver, Colorado.

4.     Defendant approximately $190,094.00 in United States currency, which was seized on April 23, 2024, from the residence of Jerome Joseph Samarjian, AKA Jay Smith, located at 2130 West Wesley Avenue, Englewood, Colorado. The Defendant $190,094.00 in United States currency is currently in the custody of the United States Marshals Service, Denver, Colorado.

5.     Defendant approximately $2,354.00 in United States currency, which was seized on April 23, 2024, from the residence of Jerome Joseph Samarjian, AKA Jay Smith, located at 2130 West Wesley Avenue, Englewood, Colorado. The Defendant

$2,354.00 in United States currency is currently in the custody of the United States Marshals Service, Denver, Colorado.

6. Defendant approximately $1,798.00 in United States currency, which was seized on April 23, 2024, from Jerome Joseph Samarjian, AKA Jay Smith located at 2130 West Wesley Avenue, Englewood, Colorado. The Defendant $1,798.00 in United States currency is currently in the custody of the United States Marshals Service, Denver, Colorado.

7. Defendant Rolex Datejust 116300 Watch, S/N: 271852N0 which was seized on April 23, 2024, from the residence of Jerome Joseph Samarjian, AKA Jay Smith, located at 2130 West Wesley Avenue, Englewood, Colorado. The Defendant Rolex Datejust 116300 Watch, S/N 271852N0 is currently in the custody of the United States Marshals Service, Gaston & Sheehan Auctioneers, Inc., 1701½ Pfennig Lane, Pflugerville, Texas.

8. Defendant 2022 blue Ford F350 Super Duty Crew Cab Platinum, bearing vehicle identification number 1FT8W3BT7NED66557, license plate number BQHQ03, which was seized on April 23, 2024, from the residence of Jerome Joseph Samarjian, AKA Jay Smith, located at 2130 West Wesley Avenue, Englewood, Colorado. Upon information and belief, Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 is registered in the name of Natalie Kaye Thompson, and is encumbered with ENT Credit Union. Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 is currently in the custody of the United States Marshals Service, RBEX Inc ada Apple Towing, 2380 South Jason St., Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

9. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Background of Investigation**

10. In approximately February 2024, a confidential source of information (SOI) advised a law enforcement officer of a subject who was selling cocaine in the Denver metro area. The SOI advised the subject is a white male who goes by the name of "Jay Smith", but this was not believed to be his real name. The SOI provided a phone number of (305) 432-6995 for "Jay".

11. On March 4, 2024, the investigation revealed that through database inquiries of the telephone number (305) 432-6995, identified "Jay Smith" as Jerome Samarjian, as the owner and user of this phone number. Samarjian was identified to have a Colorado's driver's license as well as a criminal history in both Colorado and Florida.

12. As part of this investigation, undercover purchases of controlled substances were conducted. In each instance, Jerome Samarjian was contacted by telephone at 305-432-6995 to arrange the transactions. The Defendant blue 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 was utilized in the drug transactions described below and registered to Natalie Kaye Thompson.

13. Based on the information learned from the SOI and investigation into Mr. Samarjian was conducted. The investigation ran for approximately a month and a half

4

to two months. After the first controlled purchase, described below, a pole camera was placed outside of Mr. Samarjian's residence. During that time the Defendant 2022 blue Ford F350 Super Duty Crew Cab Platinum, bearing vehicle identification number 1FT8W3BT7NED66557, license plate number BQHQ03 was parked every day at the residence and only Mr. Samarjian was ever seen to have driven it.

**Undercover Drug Transactions**

**March 21, 2024, Transaction**

14. On March 19 and 20, 2024, an undercover law (UC) enforcement officer communicated with Jerome Samarjian via text message at 305-432-6995. Throughout the conversation, the undercover law enforcement officer attempted to set up a meeting with Samarjian to purchase approximately one (1) ounce of cocaine. Samarjian agreed to meet on March 21, 2024, in the area of I-25 and Hampden Avenue, Denver, Colorado, but would not speak about any further details via text message.

15. On March 21, 2024, the undercover law enforcement officer conducted a "buy-walk" controlled purchase with Samarjian. Samarjian initially stated he was able to meet the UC at approximately 2:00 p.m., but later stated he could not meet until closer to 3:00 p.m. At approximately 2:41 p.m., Samarjian contacted the undercover law enforcement officer and stated that he was ready to meet but requested the undercover law enforcement officer meet him in the area of "Evans and Colorado", referring to Evans Ave. and Colorado Boulevard, Denver, Colorado.

16. The undercover law enforcement officer arrived at 4100 E. Mexico Ave., Denver, Colorado and provided his location and description of the undercover vehicle to Samarjian. Samarjian arrived shortly after in Defendant blue 2022 Ford F350 Super

5

Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 bearing Colorado registration BQHQ03 and pulled up next to the undercover vehicle, so the driver's sides were next to each other.

17.     The undercover law enforcement officer and Samarjian remained in their respective vehicles and spoke to each other through open windows. The undercover law enforcement officer advised Samarjian that he wanted one ounce.  Samarjian asked if he wanted "blow" (referring to cocaine), "Special K" (referring to Ketamine), "Molly" (also known as MDMA or ecstasy) and/or pills. The undercover law enforcement officer stated he wanted "blow".

18.     Samarjian exited the driver side of the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 and entered the front passenger seat of the undercover law enforcement officer's vehicle. While inside the vehicle, Samarjian handed the undercover law enforcement officer a clear tied off bag containing a white rock like substance, approximately 27.756 grams of cocaine.

19.     After the undercover law enforcement officer examined the cocaine, Samarjian asked him how much he typically pays, the undercover law enforcement officer responded $1,000.  Samarjian told the undercover law enforcement officer to give him $900. The undercover law enforcement officer counted the $900 and handed it to Samarjian.

20.     Samarjian then stated he also deals with "Molly", "Addies" (referring to Adderall), "Xannies" (referring to Xanax), and "Special K".  The undercover law enforcement officer asked Samarjian if he was able to get larger amounts of product,

6

Samarjian replied that he could get "whatever you need".

21. Samarjian exited the undercover law enforcement vehicle and re-entered the driver seat of the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557. The law enforcement officer observed Samarjian then park in a closer spot to Best Buy, went in Best Buy, then drove to a Wells Fargo Bank, and then drove the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 to 2130 W. Wesley Avenue, Englewood, Colorado 80110 and parked the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 vehicle in the driveway at 2130 W. Wesley Avenue, Englewood, Colorado 80110.

**April 5, 2024, Transaction**

22. On March 26, 2024, an undercover law enforcement officer sent a text message to Samarjian using the messaging app Signal, as Samarjian previously stated he would not speak to the undercover law enforcement officer via normal text message.

23. The undercover law enforcement officer stated he was interested in purchasing "K" (referring to Ketamine) and "Addies" from Samarjian. Samarjian stated he would sell one ounce of Ketamine for $1,200.00. Samarjian also stated that he would sell 1,000 Adderall pills for $5.00 per pill, for a total of $5,000.00.

24. On April 4, 2024, the undercover law enforcement officer communicated with Samarjian through Signal. Samarjian agreed to meet the undercover law enforcement officer on April 5, 2024, around 12:00 p.m. to sell the undercover law enforcement officer one ounce of Ketamine for $1,200.00.

25. On April 5, 2024, at approximately 12:00 p.m. the undercover law enforcement officer communicated with Samarjian through Signal and advised him that he would be ready in 30 minutes. Samarjian told the undercover law enforcement officer to meet him at "Evans and Santa Fe", referring to West Evans Avenue and South Santa Fe Drive in Denver, Colorado.

26. At approximately 12:38 p.m., law enforcement observed Samarjian exit his residence at 2130 W. Wesley Avenue, Englewood, Colorado and enter the Defendant blue 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 bearing Colorado registration BQHQ3. Samarjian was observed driving the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 from the residence to the Safeway parking lot of 2150 S. Downing Street, arriving at approximately 12:47 p.m. He parked the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 on the driver's side of the undercover law enforcement officer's vehicle.

27. The undercover law enforcement officer exited his undercover vehicle and entered into the front passenger seat of the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557. Samarjian handed the undercover law enforcement officer a clear plastic tied off bag containing 27.804 g of Ketamine. As the undercover law enforcement officer was examining the Ketamine, Samarjian mentioned that he forgot to bring the Adderall. The undercover law enforcement officer then gave Samarjian the $1,200.00.

28. The undercover law enforcement officer then told Samarjian that he was

travelling out of state after this deal and that he would be transporting five kilograms of "blow" and ten pounds of "waters" (referring to methamphetamine). The undercover law enforcement officer and Samarjian began to speak about prices and during this conversation Samarjian stated he does not deal with methamphetamine. The undercover law enforcement officer asked Samarjian if he could supply him with five kilograms or more, referring to kilograms of cocaine. Samarjian confirmed that he could supply this amount, that he typically charges $900.00 per ounce of cocaine for any weight up to one half kilogram. Samarjian stated at one half kilogram or more he would drop the price, then would drop the price again if purchasing a full kilogram or more, but he never specified an exact price.

29. Samarjian explained for the undercover law enforcement officer to give him a few days of notice before completing the deal for five or more kilograms of cocaine. Samarjian also asked undercover law enforcement officer if he was interested in purchasing "weed" (referring to Marijuana) as it was one of Samarjian's "big things". Samarjian also explained that he could send Marijuana through the mail. The undercover law enforcement officer then exited the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 and re-entered the undercover vehicle.

30. Samarjian then exited the Safeway parking lot and drove the Defendant 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557directly to his residence at 2130 W. Wesley Avenue, Englewood, Colorado and parked the Defendant blue 2022 Ford F350 Super Duty Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 in the driveway.

**April 3, 2024 – seizure of Defendant Vehicle 2019 BMW M5**

31. On April 3, 2024, at approximately 2:32 p.m., Investigators observed Samarjian enter the driver side of the black 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750 located in the driveway at 2130 W. Wesley Avenue, Englewood, Colorado. Samarjian's cell phone traveled to the area of BMW of Denver Downtown. At approximately 3:38 p.m., Samarjian was observed exiting the rear passenger seat of a gray Honda sedan and entering the residence of 2130 W. Wesley Ave.

32. On April 16, 2024, Investigators located the Defendant black 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750 in the eastern parking lot of BMW of Denver, Downtown, 1040 S. Colorado Blvd., Denver, Colorado. There was an attempt to locate (ATL) the black 2019 BMW M5, bearing Florida registration LWLD72, registered to Jerome Samarjian at 1500 Bay Rd., Apt. 1118, Miami Beach, Florida, 33139 for fleeing and eluding out of the City and County of Denver, Colorado.

33. Investigators seized the defendant vehicle 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750 for fleeing and eluding based on the City and County of Denver, Colorado's attempt to locate (ATL).

**April 23, 2024, Arrest of Jerome J. Samarjian**

34. On April 23, 2024, Jerome J. Samarjian was arrested at 2130 W. Wesley Avenue, Englewood, Colorado through an active felony arrest warrant issued on April 18, 2024.

35. On April 23, 2024, officers interviewed Jerome J. Samarjian after advising

him of his *Miranda* rights.

36. Jerome J. Samarjian stated there was approximately $150,000.00 United States currency within the safe at the residence and provided investigators with the code to the safe.

37. Law enforcement officers advised Samarjian that an undercover law enforcement officer had made several purchases from him to which Samarjian nodded in the affirmative and replied, "Yeah, I remember. He's not that slick."

38. The officer then showed Samarjian a photograph of the undercover agent who previously purchased cocaine and ketamine from Samarjian. Upon seeing the photograph Samarjian stated, "Yup. Of course. He's fuckin' retarded, by the way."

39. When the officer asked Samarjian about the amount of "blow" (street slang for cocaine) he was selling, inquiring whether Samarjian is selling "a little bit" or multiple kilograms per week, Samarjian replied, "It just depends." Samarjian continued by explaining that the cocaine market is currently flooded, causing the price and profit margins to decrease.

40. Samarjian explained that his "K" (street slang for Ketamine) comes from out of state. Samarjian stated that both his ketamine and cocaine comes from separate sources of supply, but both drug types are imported through California. Samarjian explained that the drugs he obtains are first received by others in Colorado before he takes custody. Samarjian stated that he does not sell much ketamine and only purchases "a couple ounces" at a time.

41. Samarjian stated that he does not do anything else for work, and that his

only means of income is from drug sales.

42. When the officer asked Samarjian if he had a warehouse, Samarjian stated he has a warehouse at 6657 Colorado Boulevard Unit D, where he has an indoor marijuana grow and also stores property.

43. Samarjian estimated that his marijuana plants in his garage and warehouse yield a THC content between 28-32%. Samarjian advised that he would give written consent to have his warehouse searched.

**April 23, 2024, Search Warrant executed at 2130 W. Wesley Ave.**

44. On April 23, 2024, a search warrant was executed at 2130 W. Wesley Avenue, Englewood, Colorado, Samarjian's residence. During a search of the residence, investigators found and seized the following items:

- Approximately 4.440 grams of cocaine and approximately 1.418 grams MDMA packaged in a small plastic bag located on Jerome Samarjian's person during his arrest and search warrant at 2130 W. Wesley Avenue;

- Approximately $1,798.00 in United States currency, seized from Samarjian's person;

- Rolex Datejust 116300 Watch, S/N: 271852N0 seized from Samarjian's bedroom;

- Approximately $190,094.00 in United States currency seized from a large metal gun safe;

- Multiple firearms and ammunition seized from a large metal gun safe, currently in the custody of Denver Police Department (DPD);

- Suspected methylenedioxymethamphetamine (MDMA) seized from the large metal gun safe;

- Approximately $2,354.00 in United States currency, seized from the closet in Samarjian's bedroom;

- 2022 blue Ford F350 Super Duty Crew Cab Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 seized from the driveway, small bag of off-white powder suspected to be cocaine located in this vehicle; and

- 1.418 grams methylenedioxymethamphetamine (MDMA) in a large metal gun safe.

45. In the detached garage of the residence was a marijuana grow operation. In the garage there were approximately 8187.4 grams marijuana plants and bud from the garage at 2130 W. Wesley Ave.

**April 23, 2024, Search Warrant executed of Warehouse located at 6657 Colorado Boulevard Unit D**

46. On April 23, 2024, with Samarjian's written consent to have his warehouse searched, a search warrant was executed, at 6657 Colorado Boulevard, Unit D, Commerce City, Colorado. During a search of the warehouse, investigators found and seized the following items:

- A composition notebook located in room 1, depicting a suspect ledger and marijuana grow log from 6657 Colorado Boulevard, Unit D; and

- 33.89 kilograms total gross weight of all marijuana plants and buds seized from room A and B.

**The Defendant Vehicles**

**2022 Ford F350 Super Duty Crew Cab Platinum**

47. A review of the records for the Defendant Vehicle 2022 Ford F350 Super Duty Crew Cab Platinum, bearing vehicle identification number 1FT8W3BT7NED66557 shows that the Defendant Vehicle is registered to Natalie Kaye Thompson at 12945 Ash St., Thornton, Colorado 80241 and insured solely in the name of Natalie Kaye Thompson.

48. The vehicle is encumbered and insured solely in the name of Natalie Kaye Thompson.

49. After the vehicle was searched, it was seized by the Drug Enforcement Administration and an administrative forfeiture process was initiated. As part of that process, notice was sent to Jerome Joseph Samarjian and Natalie Kaye Thompson.

50. Three different claims have been filed regarding the Defendant Vehicle, by ENT Credit Union, Mr. Samarjian, and Ms. Thompson.

51. Natalie Thompson was not observed driving the Defendant Vehicle 2022 Ford F350 Super Duty Platinum during the above-described investigation.

**2019 BMW M5**

52. A review of the records for the Defendant Vehicle 2019 BMW M5, bearing vehicle identification number WBSJF0C54KB285750 shows that the Defendant Vehicle is registered to Jerome Joseph Samarjian.

53. In February 2021, Jerome Joseph Samarjian purchased the 2019 BMW M5 from Euro Motor Sports Dealership at 925 West Broward Blvd., Ft. Lauderdale, FL 33312.

54. Jerome Joseph Samarjian states in his claim that the money for the defendant 2019 BMW vehicle was sourced from selling a McLaren 570 S.

55. The vehicle is encumbered with lienholder Wells Fargo Auto, P.O. Box 17900, Denver, CO and insured solely in the name of Jerome Joseph Samarjian.

**Wages**

56. A search of the State of Colorado wages revealed that Jerome J. Samarjian has no reported wages or unemployment records reported between 2018-

14

2024.

57.     A search of the State of Colorado wages revealed that Natalie Thompson has a reported income of $120.00 for the second quarter of 2022. The search of State of Colorado wages revealed that no wages were reported between 2018-2021 and 2023-2024.

58.     During this period of time Jerome Joseph Samarjian did not legally report or pay associated taxes with marijuana being cultivated and distributed from Colorado.

**Criminal Case**

59.     Based on the underlying investigation, on April 23, 2024, Jerome J. Samarjian was charged in *People of the State of Colorado v. Jerome J. Samarjian*, Denver County Court case number 2024CR2379.  On May 31, 2024, an Information was filed charging Mr. Samarjian with possession with intent to distribute Marijuana.

## Conclusion

60.     In summary, based on the facts and circumstances described above, the evidence shows that Jerome Joseph Samarjian, AKA Jay Smith*,* is a drug distributor with access to illegal/controlled substances, specifically cocaine, ketamine, methylenedioxymethamphetamine (MDMA) and marijuana in the Englewood, Colorado area and that the defendant assets were derived from, or used or intended to be used in the commission of the offense to distribute a controlled substance.

///

///

///

## VERIFICATION OF SPECIAL AGENT GREGORY O. MOSEROWITZ

## DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent Gregory O. Moserowitz, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*s/ Gregory O. Moserowitz*
Gregory O. Moserowitz
Special Agent
Drug Enforcement Administration

## FIRST CLAIM FOR RELIEF

61. The Plaintiff repeats and incorporates by reference the paragraphs above.

62. By the foregoing and other acts, defendant 2019 BMW M5 Sedan, VIN WBSJF0C54KB285750 constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, et seq. Therefore, defendant 2019 BMW M5 Sedan, VIN WBSJF0C54KB285750 is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

63. The Plaintiff repeats and incorporates by reference the paragraphs above.

64. By the foregoing and other acts, defendant approximately $190,094.00 in United States currency, constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or

proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant approximately $190,094.00 in United States currency, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## THIRD CLAIM FOR RELIEF

65.  The Plaintiff repeats and incorporates by reference the paragraphs above.

66.  By the foregoing and other acts, defendant approximately $2,354.00 in United States currency, constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant approximately $2,354.00 in United States currency, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## FOURTH CLAIM FOR RELIEF

67.  The Plaintiff repeats and incorporates by reference the paragraphs above.

68.  By the foregoing and other acts, defendant approximately $1,798.00 in United States currency, constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant approximately $1,798.00 in United States currency, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## FIFTH CLAIM FOR RELIEF

69.  The Plaintiff repeats and incorporates by reference the paragraphs above.

70.  By the foregoing and other acts, defendant Rolex Datejust 116300 Watch, S/N: 271852N0, constitutes monies furnished or intended to be furnished in exchange

for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant Rolex Datejust 116300 Watch, S/N: 271852N0, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SIXTH CLAIM FOR RELIEF

71. The Plaintiff repeats and incorporates by reference the paragraphs above.

72. By the foregoing and other acts, defendant 2022 Ford F350 Super Duty Crew Cab Platinum, VIN 1FT8W3BT7NED66557, constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant 2022 Ford F350 Super Duty Crew Cab Platinum, VIN 1FT8W3BT7NED66557, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SEVENTH CLAIM FOR RELIEF

73. The Plaintiff repeats and incorporates by reference the paragraphs above.

74. By the foregoing and other acts, defendant 2022 Ford F350 Super Duty Crew Cab Platinum, VIN 1FT8W3BT7NED66557 constitutes a vehicle used, or intended to be used, to transport, or in any manner, to facilitate the transportation, sale, receipt, possession, and concealment of a controlled substance in violation of 21 U.S.C. § 801, et seq. Therefore, defendant 2022 Ford F350 Super Duty Crew Cab Platinum, VIN 1FT8W3BT7NED6655 is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

///

///

///

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant assets in favor of the United States, that the United States be authorized to dispose of the Defendant assets in accordance with law, and that the Court enter a finding of probably cause for the seizure of the Defendant Assets and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: December 5, 2024

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: /s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Kurt.Bohn@usdoj.gov
*Attorney for United States*