IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     2019 BMW M5 SEDAN, VIN WBSJF0C54KB285750;
2.     APPROXIMATELY $190,094.00 IN UNITED STATES CURRENCY;
3.     APPROXIMATELY $2,354.00 IN UNITED STATES CURRENCY;
4.     APPROXIMATELY $1,798.00 IN UNITED STATES CURRENCY;
5.     ROLEX DATEJUST 116300 WATCH, S/N: 271852N0; AND
6.     2022 FORD F350 SUPER DUTY CREW CAB PLATINUM, VIN 1FT8W3BT7NED66557,

    Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem,* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a. 2019 BMW M5 Sedan, bearing vehicle identification number WBSJF0C54KB285750;
    b. Approximately $190,094.00 in United States currency;
    c. Approximately $2,354.00 in United States currency;
    d. Approximately $1,798.00 in United States currency;
    e. Rolex Datejust 116300 Watch, S/N: 271852N0; and

    f.   2022 blue Ford F350 Super Duty Crew Cab Platinum, bearing vehicle identification number 1FT8W3BT7NED66557.

DATED this ___ day of _____2024.

                                    JEFFREY P. COLWELL
                                    Clerk of the U.S. District Court

                            By: _____
                                    Deputy Clerk